UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey STEWART, Plaintiff, v. COUNTY OF SAN DIEGO, et al., Defendants. | Case No.: 26-cv-5023-AGS-BJW **ORDER DENYING IFP MOTION (ECF 2)** |

Plaintiff Lindsey Stewart moves to proceed *in forma pauperis*, that is, without paying the usual $405 in court fees. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may proceed despite failure to pay the filing fees only if the party is granted IFP [in forma pauperis] status."); 28 U.S.C. § 1914(a) ("filing fee of $350"); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023) ("Administrative fee" of "$55"). An IFP motion "must be accompanied by an affidavit that includes a statement of all assets which shows inability to pay initial fees or give security." S.D. Cal. CivLR 3.2(a).

Stewart's IFP application is incomplete. Although she states that she receives $23.00 in food stamps and has a monthly income of $1,992.00—$400.00 of which is paid to a caregiver—she doesn't list any assets or costs, for food or otherwise. (*See* ECF 2, at 1.) So, her request to proceed without paying the usual fees must be denied. Given Stewart's unrepresented status, the Court grants her leave to file an updated IFP petition.

Thus, the Court orders as follows:

1. Plaintiff's motion to proceed *in forma pauperis* is **DENIED**.

2. By **December 3, 2026**, plaintiff must pay the full filing fee or file any updated IFP petition. Failure to do so will result in dismissal.

3. The Clerk must immediately mail Stewart the Court's standard Pro Se Complaint Packet, which includes a template In Forma Pauperis Application. Those materials are also available on the Court's website at:

https://www.casd.uscourts.gov/_assets/pdf/forms/Pro%20Se%20Complaint%20Packet.pdf

Dated: November 3, 2026

Hon. Andrew G. Schopler
United States District Judge